Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

**IN RE:** TED G HUNT

|  |  |
|--|--|
| ) | **Case No.** 17-30836 |
| ) | **Chapter** 13 |
| ) | |
| ) | |
| ) | |
| **Debtor(s)** ) | |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**      ☒ Notice Address

(both may be selected, if applicable)      ☒ Payment Address

OLD ADDRESS:      ONEMAIN FINANCIAL
                                 (Name)
                                 PO BOX 70912
                                 (Street Address or P.O. Box)
                                 CHARLOTTE, NC 28272
                                 (City, State, Zip Code)

NEW ADDRESS:      ONEMAIN FINANCIAL
                                 (Name)
                                 PO BOX 3251
                                 (Street Address or P.O. Box)
                                 EVANSVILLE, IN 47731
                                 (City, State, Zip Code)

\*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

                                                         /S/ Angela A Bowers
                                                         **Signature of Creditor or Creditor's Attorney**
                                                         OneMain, f/k/a Springleaf Financial Services
                                                         PO BOX 3251
                                                         Evansville, IN 47731
                                                         800-266-9800
                                                         **Name/OBA#/Address/Telephone #/Email**