IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 13 |
| | * | |
| Ted Hunt | * | |
| | * | |
| Debtor(s) | * | BANKRUPTCY # 17-30836 |

DEBTOR'S RESPONSE TO
TRUSTEE'S MOTION TO DISMISS CASE

TO THE HONORABLE BANKRUPTCY JUDGE:

Comes now, Ted Hunt, Debtor, and files this Response to the Trustee's Motion To Dismiss Case, and will show the Court as follows:

I.

Debtor(s) admit provisions in Movant's paragraph 1.

II.

Debtor(s) deny provisions in Movant's paragraph 2 to dismiss this case.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Trustee's Motion To Dismiss Case should be denied such other and further relief as is just.

DATED this the 25th day of November, 2020.

Respectfully submitted,

/s/ Miguel Flores
EDGAR J. BORREGO SBN#00787107
MIGUEL A. FLORES SBN#24036574
Attorneys for Debtor(s)
2610 Montana Ave.
El Paso, TX 79903
(915) 566-4300 Telephone
(915) 566-1122 Facsimile
efile@tanzyborrego.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail a true and correct copy of the foregoing instrument the Debtor, Mr. Ted Hunt, P.O. Box 290996, El Paso, TX 79927 and to Lucille Zavala, Attorney(s) for, Stuart C. Cox, Chapter 13 Trustee, 1760 N. Lee Trevino Dr., El Paso, TX 79936.

    DATED this the 25th day of November, 2020.

                                   Respectfully submitted,

                                   /s/ Miguel Flores
                                   Edgar J. Borrego/Miguel A. Flores
                                   Tanzy & Borrego Law Offices, P.L.L.C.

TB#36684/lr